UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DESTINY RIVERA,

       Plaintiff,

-against-

HERITAGE EQUITY PARTNERS, THE WILLISAMSBURG HOTEL BK LLC, and VAUGHN FERREIRA,

       Defendants.
-----------------------------------------------------------------X

Civil Action No.: 19-CV-07193 (EK)(RML)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, and that no party is an infant or incompetent, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in this action are hereby dismissed with prejudice, with each party bearing its own costs and fees.

Dated: New York, New York
   March 16, 2021

MCLAGHLIN & STERN LLP

By: _____
Brett R. Gallaway, Esq.
260 Madison Ave
New York, New York 10016
Telephone: 212-448-1100
E-mail: bgallaway@mclaughlinstern.com
*Attorneys for Plaintiff*

KAUFMAN BORGEEST & RYAN LLP

By: _____
Joan M. Gilbride, Esq.
120 Broadway, 14th Floor
New York, New York 10271
Telephone: 212-980-9600
Facsimile: 212-980-9291
E-mail: jgilbride@kbrlaw.com
*Attorneys for Defendants*

7159747